# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2599
Lower Tribunal No. 2012-CF-001111

_____

WINFIELD SCOTT BUTTON, JR.,

Appellant

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
J. David Langford, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED